IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS RICHARD FRESQUEZ,

    Plaintiff,                    CV F 06 0061 AWI WMW PC

   vs.                           ORDER TO SHOW CAUSE

DR. ADAMS, et al.,

    Defendants.

      Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff has submitted request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

      Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at Corcoran State Prison, brings this civil rights action against medical officials employed by the CDCR at Corcoran State Prison.

      The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury."

This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of his confinement.   All three action were dismissed as frivolous, or for failure to state a claim upon which relief can be granted.   Among the dismissals suffered by plaintiff that count as strikes under 1915(g) are <u>Fresquez v. Mayes</u>, CV F 98 6102 OWW HGB P; <u>Fresquez v. Geraldia</u>, CV F 03 5334 AWI LJO P; <u>Fresquez v. Moeroyk</u>, CV F 04 5123 AWI LJO P.

In his complaint, Plaintiff alleges that the he has been found unqualified to participate in a program to receive amplified audiobooks for hearing and vision impaired inmates.  Plaintiff specifically alleges that other physicians found him to be vision and hearing impaired, yet the physicians at Corcoran will not authorize Plaintiff to participate in the amplified audiobook program.   Plaintiff fails to allege any facts indicating that he is in imminent danger of serious injury.

Accordingly, IT IS ORDERED that Plaintiff show cause, within thirty days, why he should not be denied leave to proceed in forma pauperis and directed to pay the filing fee in full.

IT IS SO ORDERED.

**Dated:   March 28, 2008**                    **/s/  William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE