IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ, | 1:06-cv-00061-AWI-WMW (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE |
| vs. | (DOCUMENT #10) |
| ADAMS, et al, | THIRTY DAY DEADLINE |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 23, 2008, plaintiff filed a motion to extend time to respond to order to show cause. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to respond to order to show cause.

IT IS SO ORDERED.

Dated:   April 30, 2008              /s/  William M. Wunderlich
                                     UNITED STATES MAGISTRATE JUDGE