IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS RICHARD FRESQUEZ,

    Plaintiff,          CV F 06 0061 AWI WMW PC

vs.                       ORDER

DEPT. OF CORRECTIONS, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  On March 28, 2008, an order to show cause was entered, directing Plaintiff to show cause why he should not be denied leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).   On May 30, 2008, Plaintiff filed a response to the order to show cause.

    In his response, Plaintiff indicates that this action is not a civil rights action.  Plaintiff argues that the three strike provision of § 1915(g) does not apply, as he is proceeding on a claim pursuant to the Americans with Disabilities Act.  A review of the complaint indicates that this action was filed on a form for a civil complaint pursuant to 42 U.S.C. § 1983.  There is no reference to any statutory claims in the complaint.  Plaintiff also seeks monetary and injunctive relief.

    The court will grant Plaintiff an opportunity to file an amended complaint that clearly sets

forth his claims.  Plaintiff is advised that if he fails to file an amended complaint, a recommendation will be entered pursuant to the March 28, 2008, order to show cause.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted leave to file an amended complaint.  The amended complaint is due filed within thirty days of the date of service of this order.

IT IS SO ORDERED.

**Dated:    June 9, 2008**                                  **/s/  William M. Wunderlich**
                                                                     UNITED STATES MAGISTRATE JUDGE