IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS RICHARD FRESQUEZ,

      Plaintiff,        1: 06 CV 0061 AWI WMW PC

  vs.              ORDER RE MOTION (DOC 12)

ADAMS, et al.,

      Defendants.

      Plaintiff requests an evidentiary hearing on his claim pursuant to the Americans with Disabilities Act.  The court finds no reason to set a hearing.  On June 9, 2008, an order was entered, granting Plaintiff leave to file an amended complaint.  The court previously advised Plaintiff that he could not proceed on his civil rights claims on the ground that he is precluded from proceeding in forma pauperis under 28 U.S.C. § 1915(g).  Plaintiff was granted leave to file an amended complaint that sets forth his ADA claims.

      On July 9, 2008, Plaintiff filed an objection to the June 9th order.  In his objections, Plaintiff challenges the court's authority to order him to file an amended complaint.  Plaintiff's objections are without merit.  The court will grant Plaintiff one further opportunity to file an amended complaint that sets forth his ADA claims.  Should Plaintiff fail to do so, the court will recommend dismissal of this action.

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.  Plaintiff's motion for a hearing is denied.

3      2.  Plaintiff is granted thirty days from the date of service in which to file an amended

4  complaint in compliance with the order of June 9, 2008.

5

6  IT IS SO ORDERED.

7  **Dated:   September 4, 2008**            **/s/  William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE