IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ADAMS, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:06-cv-0061-AWI-WMW (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT<br><br>(DOCUMENT #20)<br><br>THIRTY DAY DEADLINE |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 31, 2008, plaintiff filed a motion to extend time to file his amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

Dated:　　November 5, 2008　　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE